1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

MARION D. JACKSON

              Defendant(s).

  and

AMERICAN AIRLINES, INC.

              Garnishee
_____/

No.C01-3525

**ORDER OF CONTINUING GARNISHMENT**

    A Writ of Continuing Garnishment, directed to the above captioned Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Continuing Garnishment, the Garnishee served an Answer to the Writ by mail on December 17, 2008, stating that at the time of the service of the Writ, the Garnishee will have in its possession or under its control personal property belonging to and due the above entitled defendant (debtor, hereafter), and that Garnishee will be indebted to debtor in the sum of his/her gross wages, upon the debtor's return to work from Worker's Compensation.

    On August 13, 2008, the debtor was notified of his/her right to a hearing and has not requested a hearing to determine exempt property, nor has debtor filed an Objection

///

ORDER OF CONTINUING GARNISHMENT, **cand C01-3525**

1 to the Answer of Garnishee or requested a hearing on such an Objection.

2    The Application of Plaintiff and the Declaration of Michael Cosentino in Support of
3 the Application for an ORDER OF CONTINUING GARNISHMENT having been considered,
4 the matter having been submitted and good cause appearing therefor,

5    IT IS ORDERED that AMERICAN AIRLINES, INC., Garnishee, immediately remit to
6 the United States Department of Justice all monies held from each pay period of the debtor
7 from the date debtor returns to work from Worker's Compensation, and continue to pay
8 25% of net earnings for all future pay periods to plaintiff until the judgment of $3,454.91,
9 plus post judgment interest at the rate of 2.35% compounded annually pursuant to 28 USC
10 §1961(b) from the date of judgment entry, NOVEMBER 30, 2001, less any sums tendered
11 toward satisfaction of the obligation during said time period, until the judgment is paid in full
12 or until the Garnishee no longer has custody, possession or control of any property
13 belonging to the debtor or until further Order of this court.  **The balance due on the**
14 **judgment as of  April 2, 2009, is $2,838.26.**

15    IT IS FURTHER ORDERED that said payments be made payable to the U.S.
16 Department of Justice, and be mailed to the

17
18        U.S. Department of Justice
         Central Intake Facility
         P.O. Box 70932
19       Charlotte, NC 28272-0932

20 referencing the debtor's name and CDCS number 2008B30994 on the check for posting
21 purposes.

22

23 Dated:   April 13, 2009                              _____
                                                       UNITED STATES MAGISTRATE JUDGE
24



ORDER OF CONTINUING GARNISHMENT, **cand C01-3525**